# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:18CR165 |
| vs. | ) | |
| | ) | ORDER |
| TIMOTHY A. WHITE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [15]. The government indicates she is continuing to provide discovery materials which will need to be reviewed by the defense. Counsel for the defendant has indicated she has no objection to the continuance. Good cause being shown, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for August 20, 2018 is continued to **October 15, 2018.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial and 18 U.S.C. § 3161(7)(A) and (B)(i)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **August 30, 2018.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED July 23, 2018.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**