# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**TIMOTHY A. WHITE**<br><br>　　　　　　Defendant. | **8:18CR165**<br><br><br>**ORDER** |

　　　This matter is before the court on the defendant's unopposed Motion to Continue Trial [21]. Counsel has received plea documents from the government and seeks additional time to review these documents with the defendant. For good cause shown,

　　　**IT IS ORDERED** that the unopposed Motion to Continue Trial [21] is granted, as follows:

1. The jury trial now set for January 22, 2019, is continued to **February 25, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 25, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: January 9, 2019.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge